**E-FILED**
Tuesday, 19 August, 2008  02:48:11 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT  IN A CIVIL CASE

FILED
AUG 1 8 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**ENRIQUE PARDO**

vs.

**ATTORNEY GENERAL OF THE STATE OF ILLINOIS
and ADELLA JORDAN-LUSTER, Warden**

Case Number:   **07-1258**

  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**  that Petition for Writ of Habeas Corpus pursuant to 28 U.S.C  2254 is Denied without prejudice. Civil case terminated.

ENTER this 18th day of August, 2008

PAMELA E. ROBINSON, CLERK

s/C. Lambie
BY:  DEPUTY CLERK